UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIANMEI LIN, | No. 26 Civ. 419 (PAE) |
| Petitioner, | |
| - against - | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| PAMELA BONDI *et al.,* | |
| Respondents. | |

WHEREAS, petitioner Jianmei Lin brought this habeas action under 28 U.S.C. § 2241 on January 16, 2026, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"); and

WHEREAS, on February 25, 2026, ICE released Petitioner from detention; now, therefore,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action

is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule

41(a)(2) of the Federal Rules of Civil Procedure.

New York, New York
March 2, 2026

LAW OFFICE OF THEODORE COX
*Attorney for Petitioner*

New York, New York
March  2, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Theodore Norwood Cox, Esq.
401 Broadway Suite 701
New York, New York 10013
Tel.    (212) 925-1208

/s/ Tudor M. Neagu

Tudor M. Neagu
Special Assistant United States
Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.    (646) 856-5190

SO ORDERED.

HON. PAUL A. ENGELMAYER
United States District Judge

March 3, 2026
New York, New York